# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JOSE L. GARCIA on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| CONTEMPORARY INFORMATION CORP, | ) ) ) ) |
| Defendant. | |

DIST. COURT NO.:

STATE CASE NO.: 23CA017491

## NOTICE OF REMOVAL

To: Judges of the United States District Court for the Middle District of Florida

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, CONTEMPORARY INFORMATION CORP., ("CIC"), through undersigned counsel, hereby removes the above-captioned matter to this Court from the Circuit Court of the Thirteenth Judicial Circuit Court of Florida, in and for Hillsborough County, and in support of removal states as follows:

## THE STATE COURT ACTION

1. On December 27, 2023, Plaintiff filed a Complaint against CIC in the Thirteenth Judicial Circuit Court of Florida, Hillsborough County (Case No. 2023-CA-017491)("State Court Action").

2. Plaintiff served Defendant's registered agent, Registered Agent Solutions, with a copy of the Complaint via Federal Express on February 9, 2024 and subsequently delivered the Complaint to CIC in person on February 13, 2024.

3. Pursuant to 28 U.S.C §1446(a), a true and correct copy of all process, pleadings, and papers served upon Defendant are attached as Exhibit A.1. Additional documents in the state court file are attached as Exhibits A.2-A.3." Exhibits A.1 through A.3 encompass all of the documents in the court file.

4. In the course of pulling the court file in the State Court Action, CIC's counsel learned that an affidavit of service was filed on or about January 16, 2024 in which the process server claims that he served CIC's registered agent in California, Edward Siegler, on January 11, 2024 via a "Receptionist" identified as "Mary Jones." (A copy of the January 11, 2024 affidavit is attached as Exhibit "B.").

5. CIC was not served on January 11, 2024. There is no receptionist at the address identified in the proof of service and there is no one there by the name of Mary Jones. In recognition of this fact and as discussed above, Plaintiff served Defendant's registered agent via Federal Express on February 9, 2024 and served CIC in person on February 13, 2024. (A copy of the February 9, 2024 and February 13, 2024 affidavits are attached as Group Exhibit "C.")

## JURISDICTION

6. The grounds for removal are that the District Court has original jurisdiction of a claim or right arising under the laws of the United States. 28 U.S.C. §§1331, 1441.

7. Plaintiff's Complaint asserts causes of action pursuant to the Fair Credit Reporting Act, ("FCRA"), 15 U.S.C. §§1681, *et. seq.* (Counts I, III-VI) and for common law defamation (Count II) against CIC.

8.  This Notice was filed with the Clerk of the United States District Court within thirty (30) days after service of the Complaint upon CIC.  28 U.S.C. § 1446(b)(1).

9.  28 U.S.C. §1441(a) provides as follows:

> **(a) Generally.** – Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

10.  The United States District Court for the Middle District of Florida encompasses the place where the State Court Action is pending.  Accordingly, this Court is the proper venue for this action.

11.  Pursuant to 28 U.S.C. § 1446(d),  a copy of this Notice of Removal is being served upon counsel for Plaintiff and a copy is being filed with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit Court of Florida, Hillsborough County.

WHEREFORE, Defendant, CONTEMPORARY INFORMATION CORP. respectfully requests that this case proceed in this Court as an action properly removed.

| | |
|---|---|
| Ruel W. Smith<br>Hinshaw & Culbertson LLP<br>100 South Ashley Drive, Suite 1310<br>Tampa, FL 33602<br>813-276-1662<br>rsmith@hinshawlaw.com | Respectfully submitted,<br><br>By : */s/Ruel W. Smith*<br>One of the attorneys for<br>CONTEMPORARY INFORMATION CORP. |

1310\320411725.V1

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024 I caused **CONTEMPORARY INFORMATION CORP'S NOTICE OF REMOVAL** to be electronically filed with the clerk of the Court through the CM/ECF system with a copy of the same to be served by email to the following:

Marc R. Edelman
Fla. Bar No. 0096342
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, FL  33601
(813)577-4722
MEdelman@forthepeople.com


           */s/Ruel W. Smith*